UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTAJAH SMITH,<br>   Plaintiff,<br> v.<br>ANDREW SAUL,<br>   Defendant. | Case No. 20-cv-02017-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 13 |

On August 17, 2020, the Court entered a **limited** stay of only two months. The stay expired on October 17, 2020. However, Defendant has not yet filed an answer or the administrative record. Therefore, the Court ORDERS Defendant to Show Cause in writing by no later than January 11, 2021 why default should not be entered against it.

**IT IS SO ORDERED**.

Dated: December 22, 2020

SALLIE KIM
United States Magistrate Judge