UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTAJAH SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br><br>　　　　Defendant. | Case No. 20-cv-02017-SK<br><br>**ORDER TO SHOW CAUSE RE SUGGESTION OF DEATH**<br><br>Regarding Docket No. 21 |

On May 19, 2021, counsel for Plaintiff filed a Suggestion of Death. Counsel informed the Court that Plaintiff died in a car crash on August 13, 2020 and that counsel would investigate the possibility of naming a successor to Plaintiff's claims within ninety days. More than ninety days have passed, and Counsel has not sought to name a successor. Therefore, the Court HEREBY ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff shall file a written response to this Order to Show Cause ("OSC") by no later than September 20, 2021. Failure to respond to this OSC will lead to a dismissal of this case without further notice.

**IT IS SO ORDERED**.

Dated: September 8, 2021

_____
SALLIE KIM
United States Magistrate Judge