UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARTAJAH SMITH,

        Plaintiff,

   v.

KILOLO KIJAKAZI,

        Defendant.

Case No.  20-cv-02017-SK

**ORDER DISMISSING ACTION**

     On September 8, 2021, the Court issued an Order to Show Cause why this case should not be dismissed for failure to prosecute in light of Plaintiff's counsel's failure to name a successor. In response, Plaintiff's counsel filed a motion to dismiss this action.  The Court HEREBY GRANTS the motion to dismiss and DISMISSES this action without prejudice.

     **IT IS SO ORDERED**.

Dated: September 23, 2021

_____

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California